JOHN PERMENTO, Appellant, v. ROBERT H. STORY and SANFORD STORY, Respondents.— Judgment unanimously affirmed, with costs, upon authority of *Weigand* v. *United Traction Co.* (221 N. Y. 39); *Dolfini* v. *Erie R. R. Co.* (178 id. 1); *Farrell* v. *Fire Insurance Salvage Corps.* (189 App. Div. 795). In *Austin* v. *Long Island R. R. Co.* (69 Hun, 67; affd., 140 N. Y. 639), and *Kaplan* v. *Posner* (192 App. Div. 59), cited by appellant, there was evidence of obstructions to plaintiff's view of the approaching train or vehicle, which is entirely absent in the case at bar. In the case at bar plaintiff testified that there was no obstruction. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MINNIE E. PETTIT, Appellant, v. VILLAGE OF ROCKVILLE CENTRE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly and Jaycox, JJ.; Manning, J., not sitting.

LUDWIG M. PLASCH, Appellant, v. LOUIS STREEM, Respondent.— Judgment and order of the County Court of Orange county reversed, with costs, and the judgment of the justice of the peace affirmed, with costs, upon the ground that the justice of the peace having had the witnesses before him was better able to judge of the weight of the evidence than the county judge, as that question depended upon the credibility of the opposing witnesses. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC CORSON, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered in said court, upon the ground that the evidence was too doubtful to warrant a conviction; that is, a finding that defendant had willfully or intentionally denied or lessened the water supply to complainant's apartment. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES H. DAHM, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ERHARDT, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and defendant discharged. There is no corroboration of defendant's alleged confession, which is required under section 395 of the Criminal Code; and defendant's guilt of the crime charged was not proven beyond a reasonable doubt. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GROUP and VINCENT NIGRO, Appellants.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.